UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-1012

| | |
|---|---|
| DILLON S. TULIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| ANTHONY LATI JENKINS, | ) |
| ZUMSTEIN, INC., and | ) |
| CHEESEMAN LLC, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Dillon Storm Tulip and Defendants Anthony Lati Jenkins, Zumstein, Inc., and Cheeseman LLC hereby stipulate to and give notice of the dismissal of all of Plaintiff's claims in this action with prejudice, including all claims that were or might have been asserted by Plaintiff. Each party shall bear its own fees and costs.

This the 17th of June, 2019.

| Edwards Kirby, LLP | Cranfill Sumner & Hartzog LLP |
|---|---|
| /s/ David F. Kirby | /s/ Laura E. Dean |
| David F. Kirby/Bar No.: 7841 | F. Marshall Wall/Bar No.: 26804 |
| Winston S. Kirby/Bar No.: 49316 | Laura E. Dean/Bar No.: 43775 |
| Catharine E. Edwards/ Bar No.: 52705 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | Post Office Box 27808 |
| 3201 Glenwood Avenue, Suite 100 | Raleigh, NC 27611-7808 |
| Raleigh, NC 27612 | Telephone: (919) 828-5100 |
| Telephone: (919) 780-5400 | Fax: (919) 828-2277 |
| Fax: (919) 800-3099 | mwall@cshlaw.com |
| dkirby@edwardskirby.com | ldean@cshlaw.com |
| wkirby@edwardskirby.com | |
| cedwards@edwardskirby.com) | |

2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-1012

| | |
|---|---|
| DILLON S. TULIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| ANTHONY LATI JENKINS | ) |
| ZUMSTEIN, INC., and | ) |
| CHEESEMAN LLC, | ) |
| | ) |
| Defendants. | ) |

I hereby certify that on the 17th day of June 2019, the attached Stipulation of Dismissal with Prejudice was served on counsel of record via email to:

David F. Kirby (dkirby@edwardskirby.com)
William B. Bystrynski (bbystrynski@edwardskirby.com)
Winston Kirby (wkirby@edwardskirby.com)
Catharine E. Edwards (cedwards@edwardskirby.com)

/s/ Laura E. Dean
F. MARSHALL WALL
N.C. Bar No.: 26804
LAURA E. DEAN
N.C. Bar No.: 43775
Attorneys for Defendants
Cranfill Sumner & Hartzog LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Fax: (919) 828-2277
E-mail: mwall@cshlaw.com
ldean@cshlaw.com